**Stuart B. Wolfe SBN 156471**
*sbwolfe@wolfewyman.com*
**Cathy L. Granger SBN 156453**
*clgranger@wolfewyman.com*
**WOLFE & WYMAN LLP**
**2301 Dupont Drive, Suite 300**
**Irvine, California 92612-7531**
**Telephone:  949 475-9200**
**Facsimile:   949 475-9203**

**Attorneys for Defendant**
**CITIMORTGAGE, INC.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA J. BOYD, ANITA FAYE BOYD, ALEXIS BOYD-HOLLING,<br><br>Plaintiffs,<br><br>v.<br><br>CITIMORTGAGE, INC., SKYWAY REALTY, MARK ALSTON and DOES 1-100,<br><br>Defendants. | Case No. 2:14-cv-09780 FMO JEMx<br><br>**ORDER GRANTING PROTECTIVE ORDER PURSUANT TO STIPULATION**<br><br>Action Filed:        May 18, 2012 |

Having reviewed the parties' Stipulation for Protective Order, and good cause appearing, the Court orders the Stipulation entered as an Order of the Court.

**IT IS SO ORDERED.**

Dated: March 27, 2015        *John E. McDermott*

John E. McDermott
UNITED STATES MAGISTRATE JUDGE

1
ORDER GRANTING PROTECTIVE ORDER – Case No. 2:14-cv-09780

1963966.1