JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA J. BOYD, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITIMORTGAGE, INC., et al.,<br><br>　　　　Defendants. | Case NO. CV 14-9780 FMO (JEMx)<br><br>**JUDGMENT** |

   IT IS ADJUDGED that plaintiff's RICO claim is dismissed with prejudice. There are no other federal claims stated in the operative complaint. Accordingly, the action is hereby remanded to the Los Angeles County Superior Court.

Dated this 17th day of June, 2015.

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　United States District Judge