

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**
312 North Spring Street, Room G–8
Los Angeles, CA 90012
Tel: (213) 894–3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701–4516
(714) 338–4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328–4450

**TERRY NAFISI**
District Court Executive and
Clerk of Court

June 17, 2015

Clerk, Los Angeles Superior Court, Santa Monica Courthouse
1725 South Main Street
Santa Monica, CA 90401

Re: Case Number: _____2:14–cv–09780–FMO–JEM_____
Previously Superior Court Case No. _____SC117126_____
Case Name: _____MARINA J. BOYD ET AL V. CITIMORTGAGE, INC. ET AL_____

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on _____6/17/2015_____, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office. Thank you for your cooperation.

Respectfully,

Clerk, U.S. District Court

By: _/s/ Grace Kami_
Deputy Clerk
(213) 894–0747
Western Division

*cc: Counsel of record*

---

Receipt is acknowledged of the documents described herein.

Clerk, Superior Court

_____     By: _____
Date                                         Deputy Clerk

CV–103 (09/08)    LETTER OF TRANSMITTAL – REMAND TO SUPERIOR COURT (CIVIL)